## Commonwealth v. Gerlach, Appellant.

Submitted December 6, 1972. *Robert L. Katzenstein*, for appellant; *Ronald I. Rosen* and *Milton M. Stein*, Assistant District Attorneys, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth v. Gibbs, Appellant.

Argued December 5, 1972. *Kenneth Mirsky*, Assistant Defender, with him *Andrea Levin*, and *Jonathan Miller*, Assistant Defenders, and *Vincent J. Ziccardi*, Defender, for appellant; *Albert L. Becker*, Assistant District Attorney, with him *James T. Ranney* and *Milton M. Stein*, Assistant District Attorneys, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.